IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 MAY 19  AM 6: 50

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

---

CURLEE WEBB,

    Plaintiff,

vs.                                NO. 02-2795-Ma/V

CORPORATE SECURITY, INC., ET AL.,

    Defendants/Third-Party Plaintiffs,

vs.

RENEE AUSTILL,

    Third-Party Defendant.

---

## ORDER ALLOWING COUNSEL TO WITHDRAW

---

Before the court is the May 12, 2005 motion of Kelly S. Gooch, James R. Mulroy and the law firm of Lewis Fisher Henderson Claxton & Mulroy, LLP, counsel for Defendants/Third-Party Plaintiffs, requesting that they be allowed to withdraw as counsel. Good cause having been shown, the motion is granted and Kelly S. Gooch, James R. Mulroy, and the law firm of Lewis Fisher Henderson Claxton & Mulroy, LLP, counsel for Defendants/Third-Party Plaintiffs are allowed to withdraw.

IT IS SO ORDERED this 18th day of May, 2005.

_____
SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 5-19-05



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 147 in case 2:02-CV-02795 was distributed by fax, mail, or direct printing on May 19, 2005 to the parties listed.

---

Robert F. Uhlmann
COCHRAN UHLMANN ABNEY DUCK & WRIGHT
150 Court Avenue
2nd Fl.
Memphis, TN 38103

William B. Ryan
DONATI LAW FIRM, LLP
1545 Union Ave.
Memphis, TN 38104

James R. Mulroy
LEWIS FISHER HENDERSON & CLAXTON, LLP
6410 Poplar Ave.
Ste. 300
Memphis, TN 38119

Kelly S. Gooch
LEWIS FISHER HENDERSON & CLAXTON, LLP
6410 Poplar Ave.
Ste. 300
Memphis, TN 38119

Donald A. Donati
DONATI LAW FIRM, LLP
1545 Union Ave.
Memphis, TN 38104

John Ford Canale
DONATI LAW FIRM, LLP
1545 Union Ave.
Memphis, TN 38104

Stuart B. Breakstone
BREAKSTONE & ASSOCIATES
200 Jefferson Ave.
Ste. #725
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT