IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 AUG 19 AM 6:50

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

CURLEE WEBB,

    Plaintiff,

VS.                                          NO. 02-2795-Ma

CORPORATE SECURITY, ET AL.,

    Defendants.

---

ORDER AMENDING SCHEDULE

---

Pursuant to the July 29, 2005, request by defendants Tommy and Judy Young to reset the trial in this matter[1], the court held a telephone conference on August 5, 2005. Participating on behalf of the plaintiff was William Ryan. Participating on behalf of the defendants were Phillip Kerby, Tommy Young, and Judy Young. For good cause shown, the motion was granted and the court amends the schedule as follows:

1. The deadline for filing potentially dispositive motions is August 18, 2005.

2. The parties will submit a joint proposed pretrial order by 5:00 p.m. on October 28, 2005.

3. A pretrial conference will be held on Friday, November 4, 2005, at 9:00 a.m.

---

[1] A letter dated July 29, 2005, from Mr. and Mrs. Young to the court is construed by the court as a motion to continue the trial date.

This document entered on the docket sheet In compliance with Rule 58 and/or 79(a) FRCP on 8-24-05

(151)

4. The jury trial is **reset** to **Monday, November 14, 2005,** at 9:30 a.m., and is expected to take 4 days.

The oral request of *pro se* defendants Tommy and Judy Young for appointed counsel is denied.

Absent good cause, the amended schedule set by this order will not be modified or extended.

So ORDERED this 18th day of August, 2005.

SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 151 in case 2:02-CV-02795 was distributed by fax, mail, or direct printing on August 24, 2005 to the parties listed.

---

Tommy R. Young
1792 Swynford Lane
Collierville, TN 38017

Judy Young
1792 Swynford Lane
Collierville, TN 38017

Corporate Security
5384 Poplar Ave.
Memphis, TN 38119

Robert F. Uhlmann
COCHRAN UHLMANN ABNEY DUCK & WRIGHT
150 Court Avenue
2nd Fl.
Memphis, TN 38103

William B. Ryan
DONATI LAW FIRM, LLP
1545 Union Ave.
Memphis, TN 38104

Donald A. Donati
DONATI LAW FIRM, LLP
1545 Union Ave.
Memphis, TN 38104

John Ford Canale
DONATI LAW FIRM, LLP
1545 Union Ave.
Memphis, TN 38104

Stuart B. Breakstone
BREAKSTONE & ASSOCIATES
200 Jefferson Ave.
Ste. #725
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT