IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

CURLEE WEBB,

    Plaintiff,

VS.                              NO. 02-2795-MaV

CORPORATE SECURITY, INC., ET AL.,

    Defendants/Third-Party Plaintiffs,

VS.

RENEE AUSTILL,

    Third-Party Defendant.

## ORDER EXTENDING DEADLINE

Before the court is third party defendant Renee Austill's August 17, 2005, unopposed motion requesting an extension of time within which to file a dispositive motion. For good cause shown, the motion is granted. Third party defendant Renee Austill shall have additional time to and including August 30, 2005, within which to file a dispositive motion.

All other deadlines previously set in this matter remain in effect pending further order of the court.

It is so ORDERED, this 19th day of August, 2005.

SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet In compliance with Rule 55 and/or 32(b) FRCrP on 8-25-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 152 in case 2:02-CV-02795 was distributed by fax, mail, or direct printing on August 25, 2005 to the parties listed.

---

Stuart B. Breakstone
BREAKSTONE & ASSOCIATES
200 Jefferson Ave.
Ste. #725
Memphis, TN 38103

Tommy R. Young
1792 Swynford Lane
Collierville, TN 38017

William B. Ryan
DONATI LAW FIRM, LLP
1545 Union Ave.
Memphis, TN 38104

Donald A. Donati
DONATI LAW FIRM, LLP
1545 Union Ave.
Memphis, TN 38104

John Ford Canale
DONATI LAW FIRM, LLP
1545 Union Ave.
Memphis, TN 38104

Judy Young
1792 Swynford Lane
Collierville, TN 38017

Corporate Security
5384 Poplar Ave.
Memphis, TN 38119

Robert F. Uhlmann
COCHRAN UHLMANN ABNEY DUCK & WRIGHT
150 Court Avenue
2nd Fl.
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT