IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ⧸⧸ D.C.
05 AUG 23  AM 6: 52

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

---

CURLEE WEBB,

    Plaintiff,

VS.                                                NO. 02-2795-MaV

CORPORATE SECURITY, INC., ET AL.,

    Defendants/Third-Party Plaintiffs,

VS.

RENEE AUSTILL,

    Third-Party Defendant.

---

ORDER EXTENDING DEADLINE

---

The court received a letter from defendants Tommy and Judy Young requesting an extension of time within which to file their dispositive motion. The court construes the letter as a motion to extend the dispositive motion deadline. For good cause shown, the motion is granted. Defendants Tommy and Judy Young shall have additional time to and including September 15, 2005, within which to file a dispositive motion.

All other deadlines previously set in this matter remain in effect pending further order of the court.

It is so ORDERED, this 22nd day of August, 2005.

                                SAMUEL H. MAYS, JR.
                                UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on  8-29-05

153

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 153 in case 2:02-CV-02795 was distributed by fax, mail, or direct printing on August 29, 2005 to the parties listed.

---

Donald A. Donati
DONATI LAW FIRM, LLP
1545 Union Ave.
Memphis, TN 38104

Robert F. Uhlmann
COCHRAN UHLMANN ABNEY DUCK & WRIGHT
150 Court Avenue
2nd Fl.
Memphis, TN 38103

Tommy R. Young
1792 Swynford Lane
Collierville, TN 38017

Stuart B. Breakstone
BREAKSTONE & ASSOCIATES
200 Jefferson Ave.
Ste. #725
Memphis, TN 38103

Judy Young
1792 Swynford Lane
Collierville, TN 38017

Corporate Security
5384 Poplar Ave.
Memphis, TN 38119

William B. Ryan
DONATI LAW FIRM, LLP
1545 Union Ave.
Memphis, TN 38104

John Ford Canale
DONATI LAW FIRM, LLP
1545 Union Ave.
Memphis, TN 38104

Honorable Samuel Mays
US DISTRICT COURT