IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 SEP -6 AM 8: 11

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN MEMPHIS

CURLEE WEBB,

    Plaintiff,

VS.                          NO. 02-2795-MaV

CORPORATE SECURITY, INC., ET AL.,

    Defendants/Third-Party Plaintiffs,

VS.

RENEE AUSTILL,

    Third-Party Defendant.

## ORDER EXTENDING DEADLINE

Before the court is third party defendant Renee Austill's August 30, 2005, motion requesting an extension of time within which to file a dispositive motion. For good cause shown, the motion is granted. Third party defendant Renee Austill shall have additional time to and including September 15, 2005, within which to file a dispositive motion.

All other deadlines previously set in this matter remain in effect pending further order of the court.

It is so ORDERED, this 2d day of September, 2005.

[signature]

SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 9-12-05





# Notice of Distribution

This notice confirms a copy of the document docketed as number 155 in case 2:02-CV-02795 was distributed by fax, mail, or direct printing on September 12, 2005 to the parties listed.

---

Stuart B. Breakstone
BREAKSTONE & ASSOCIATES
200 Jefferson Ave.
Ste. #725
Memphis, TN 38103

Robert F. Uhlmann
COCHRAN UHLMANN ABNEY DUCK & WRIGHT
150 Court Avenue
2nd Fl.
Memphis, TN 38103

William B. Ryan
DONATI LAW FIRM, LLP
1545 Union Ave.
Memphis, TN 38104

Tommy R. Young
1792 Swynford Lane
Collierville, TN 38017

John Ford Canale
DONATI LAW FIRM, LLP
1545 Union Ave.
Memphis, TN 38104

Donald A. Donati
DONATI LAW FIRM, LLP
1545 Union Ave.
Memphis, TN 38104

Judy Young
1792 Swynford Lane
Collierville, TN 38017

Corporate Security
5384 Poplar Ave.
Memphis, TN 38119

Honorable Samuel Mays
US DISTRICT COURT