IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ___ D.C.

05 SEP 30 PM 2: 55

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN MEMPHIS

CURLEE WEBB,

    Plaintiff,

VS.                                          NO. 02-2795-MaV

CORPORATE SECURITY, INC., ET AL.,

    Defendants/Third-Party Plaintiffs,

VS.

RENEE AUSTILL,

    Third-Party Defendant.

---

ORDER EXTENDING DEADLINE

---

Before the court is a letter dated September 28, 2005, from defendants Tommy R. Young and Judy Young, requesting an extension of time within which to file a dispositive motion. The court construes the request as a motion for additional time. For good cause shown, the motion is granted. Defendants Tommy Young and Judy Young shall have additional time to and including October 4, 2005, within which to file a dispositive motion.

All other deadlines previously set in this matter remain in effect pending further order of the court.

It is so ORDERED, this 30th day of September, 2005.

                              SAMUEL H. MAYS, JR.
                              UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on __10-4-05__

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 159 in case 2:02-CV-02795 was distributed by fax, mail, or direct printing on October 4, 2005 to the parties listed.

---

Donald A. Donati
DONATI LAW FIRM, LLP
1545 Union Ave.
Memphis, TN 38104

John Ford Canale
DONATI LAW FIRM, LLP
1545 Union Ave.
Memphis, TN 38104

Stuart B. Breakstone
BREAKSTONE & ASSOCIATES
200 Jefferson Ave.
Ste. #725
Memphis, TN 38103

Tommy R. Young
1792 Swynford Lane
Collierville, TN 38017

Judy Young
1792 Swynford Lane
Collierville, TN 38017

Corporate Security
5384 Poplar Ave.
Memphis, TN 38119

Robert F. Uhlmann
COCHRAN UHLMANN ABNEY DUCK & WRIGHT
150 Court Avenue
2nd Fl.
Memphis, TN 38103

William B. Ryan
DONATI LAW FIRM, LLP
1545 Union Ave.
Memphis, TN 38104

Honorable Samuel Mays
US DISTRICT COURT