IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 OCT -5 PM 5:52

THOMAS M. GOULD
CLERK, US DISTRICT COURT
W/D OF TN MEMPHIS

---

CURLEE WEBB, on Behalf of Herself
and All Others Similarly Situated,

    Plaintiffs,

VS.                                                             NO. 02-2795-MaV

CORPORATE SECURITY, INC., ET AL.,

    Defendants/Third-Party Plaintiffs,

VS.

RENEE AUSTILL,

    Third-Party Defendant.

---

## ORDER OF REFERENCE

Before the court is the October 4, 2005, motion of defendants Tommy Young and Judy Young, to rebut plaintiff's expert audit as basis for damages.

The motion is hereby referred to the magistrate judge for a determination. Any exceptions to the magistrate's report shall be made within ten (10) days of the report, setting forth particularly those portions of the order excepted to and the reasons for the exceptions.

It is so ORDERED this 5th day of October, 2005.

                                              SAMUEL H. MAYS, JR.
                                              UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 10-7-05

164

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 164 in case 2:02-CV-02795 was distributed by fax, mail, or direct printing on October 7, 2005 to the parties listed.

---

Tommy R. Young
1792 Swynford Lane
Collierville, TN 38017

Judy Young
1792 Swynford Lane
Collierville, TN 38017

Corporate Security
5384 Poplar Ave.
Memphis, TN 38119

Robert F. Uhlmann
COCHRAN UHLMANN ABNEY DUCK & WRIGHT
150 Court Avenue
2nd Fl.
Memphis, TN 38103

William B. Ryan
DONATI LAW FIRM, LLP
1545 Union Ave.
Memphis, TN 38104

Donald A. Donati
DONATI LAW FIRM, LLP
1545 Union Ave.
Memphis, TN 38104

John Ford Canale
DONATI LAW FIRM, LLP
1545 Union Ave.
Memphis, TN 38104

Stuart B. Breakstone
BREAKSTONE & ASSOCIATES
200 Jefferson Ave.
Ste. #725
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT