IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ___ D.C.
05 OCT 14 PM 3:51
THOMAS M. GOULD
CLERK, US DISTRICT COURT
W/D __ MEMPHIS

| | | |
|---|---|---|
| CURLEE WEBB, on Behalf of Herself and All Others Similarly Situated, | ) ) ) ) | |
| Plaintiffs, | ) ) ) | |
| vs. | ) ) | No.     02-2795-MaV |
| CORPORATE SECURITY, INC., ET AL., | ) ) ) ) | |
| Defendants/Third-Party Plaintiffs, | ) ) ) | |
| vs. | ) ) | |
| RENEE AUSTILL, | ) ) | |
| Third-Party Defendant. | ) ) | |

**ORDER DENYING DEFENDANT'S MOTION TO REBUT PLAINTIFFS' EXPERT AUDIT AS BASIS FOR DAMAGES**

Before the court is the October 4, 2005 motion of defendants Tommy Young and Judy Young, to rebut plaintiffs' expert audit as the basis for damages. The motion was referred to the United States Magistrate Judge for determination.

In the motion, the Youngs request that the court dismiss the plaintiffs' Rule 26(a)(2)(B) expert report prepared by G. Wayne Culver, claiming that it is prejudiced, inaccurate and incomplete. To rebut and respond to the plaintiffs' expert report, the Youngs

attached an "audit" prepared by Jan Simpson that they claim is factual and accurate. To the extent that the Youngs ask the court to exclude the plaintiffs' expert report, this is an improper motion and is therefore denied. The Youngs may present their arguments with respect to the validity of the plaintiffs' expert report at trial.

In the motion, the Youngs also request that the plaintiffs, Renee Austill and their attorneys reimburse them for their attorney fees in the amount of $42,000. To the extent that the Youngs ask the court to impose sanctions on the parties and award attorney fees, the motion is denied without prejudice. The Youngs have not provided the court with sufficient basis for the imposition of such sanctions.

IT IS SO ORDERED this 14th day of October, 2005.

_____
DIANE K. VESCOVO
UNITED STATES MAGISTRATE JUDGE

2

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 168 in case 2:02-CV-02795 was distributed by fax, mail, or direct printing on October 19, 2005 to the parties listed.

---

Robert F. Uhlmann
COCHRAN UHLMANN ABNEY DUCK & WRIGHT
150 Court Avenue
2nd Fl.
Memphis, TN 38103

Corporate Security
5384 Poplar Ave.
Memphis, TN 38119

Judy Young
1792 Swynford Lane
Collierville, TN 38017

Stuart B. Breakstone
BREAKSTONE & ASSOCIATES
200 Jefferson Ave.
Ste. #725
Memphis, TN 38103

John Ford Canale
DONATI LAW FIRM, LLP
1545 Union Ave.
Memphis, TN 38104

Corporate Security
5384 Poplar Ave.
Memphis, TN 38119

William B. Ryan
DONATI LAW FIRM, LLP
1545 Union Ave.
Memphis, TN 38104

Tommy R. Young
1792 Swynford Lane
Collierville, TN 38017

Donald A. Donati
DONATI LAW FIRM, LLP
1545 Union Ave.
Memphis, TN 38104

Honorable Samuel Mays
US DISTRICT COURT